**Gene A. WILLIS, Plaintiff–Appellant,**

v.

**S & S TOWING, Defendant–Appellee.**

No. 99–15326.

D.C. No. CV–97–03954–FMS.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 23, 2001.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

### MEMORANDUM **

Gene A. Willis appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1981 action for failure to comply with the statute of limitations. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo and affirm. *See Taylor v. Regents of Univ. of Cal.*, 993 F.2d 710, 711 (9th Cir.1993) (per curiam)

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

